Application for Admittance to Practice
[pro hac vice]
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

97 FEB 27 PM 12:06

NORBERT H. EBEL
CLERK

I, __Marva K. Garrett__, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of __Iowa__ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Dated __February 20, 1997__   Bar Code if Applicable __13383__

Firm __Marva K. Garrett, P.C.__
__11516 Nicholas St., Suite 201__
__Omaha, NE  68154   (402) 445-2141__
(address and telephone)

_____
Attorney Signature

STATE OF NEBRASKA )
                  )ss.
COUNTY OF DOUGLAS )

I, __Marva K. Garrett__, being duly sworn, on oath say: That as an officer of the United States District Court for the District of Nebraska I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

Applicant Signature _____

Subscribed and sworn to before me this __20th__ day of __February__ 199__7__.

GENERAL NOTARY-State of Nebraska
SALLY A. JOY
My Comm. Exp. Sept. 18, 1999

_____
Notary Public

I do hereby certify that __Marva K. Garrett__ as of this date __February 20, 1997__ is a member of the Bar of the Supreme Court of the State of __Iowa__; is in good standing, and is of good moral character.

(To be signed by the clerk of the highest court in any state in which the applicant is admitted to practice **or** by a member of the Bar of the United States District Court for the District of Nebraska).

Clerk of the Supreme Court of
the state of _____

_____
(please sign name)

_____
(please print name)

OR,

Member of Bar, U. S. District Court
for the District of Nebraska

_____
(please sign name)

Gail Boliver
(please print name)

NE Bar Code # __20593__.

IT IS ORDERED that __Marva K. Garrett__ is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **ONLY FOR THE CASE OF:** __Oakcol v. Burr, et. al.   #8:96-cv-00340__
**ON BEHALF OF PARTY:** __Plaintiff Oakcol Partnership__

_____
Clerk/Chief Deputy Clerk

Dated __2-27-97__

$50.00
09/15/94 $25.00 FEE